**Danny CONWAY, Plaintiff—Appellant,**

v.

**Nancy ROUSE; J. Michael Stouffel; J. Diehl; D. Forshey; R. Miller; E. Fischer; P.K. Jackson, Defendants— Appellees.**

No. 10–6996.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 29, 2010.

Decided: Nov. 9, 2010.

Danny Conway, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Conway appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Conway v. Rouse*, No. 1:09–cv–00514–RDB, 2010 WL 2545791 (D. Md. June 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*